# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

v.

BILL HYATT,

    Defendant.

Case No. 2:10-CV-01736-KJD-RJJ

**ORDER**

    Plaintiff's Complaint (#1) was filed October 6, 2010. Service of the summons and complaint was executed on Defendant Hyatt on October 11, 2010. Defendant's answer was due on November 1, 2010. However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment or notice of voluntarily dismissal no later than January 20, 2011.

**IT IS SO ORDERED.**

    DATED this 5th day of January 2011.

_____
Kent J. Dawson
United States District Judge