SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BILL HYATT, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01736-KJD-RJJ<br><br>**DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF PLAINTIFF RIGHTHAVEN MOTION FOR DEFAULT JUDGMENT, DAMAGES, ATTORNEY'S FEES AND COSTS, AND PERMANENT INJUNCTION AGAINST DEFENDANT BILL HYATT** |

I, Shawn A. Mangano, Esq., declare, under penalty of perjury, that the following is true and correct:

1.  I am an attorney-at-law admitted to practice before all courts of the State of Nevada. I have personal knowledge of the facts set forth below, except for those factual statements expressly made upon information and belief, and as to those facts, I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2.  I represent Plaintiff Righthaven LLC ("Plaintiff" or "Righthaven") in the above-referenced matter.

3. This declaration is made in support of Plaintiff Righthaven's Motion for Default Judgment, Damages, Attorney's Fees and Costs, and Permanent Injunction Against Defendant Bill Hyatt.

4. Righthaven has incurred a $350.00 filing fee for commencing this action.

5. In connection with representing Righthaven as counsel in this matter I have expended a total of five (5) hours. These hours consist of preparing the notice of appearance, responding to the Court's request for a status report, reviewing the Complaint and associated materials, drafting the Motion for Default Judgment, preparing this declaration, as well as communicating with the client regarding issues related to my representation in this matter.

6. My normally hourly rate for services rendered is $300.00.

7. Based on the foregoing, Righthaven has received the benefit of $1,500.00 in legal services rendered by my firm.

Signed and affirmed this 8th day of February, 2011, under the penalty of perjury.

    /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I filed the foregoing document on February 8, 2011, via the Court's CM/ECF system.

By: /s/ Shawn A. Mangano
Shawn A. Mangano, Esq.