SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BILL HYATT, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01736-KJD-RJJ<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF RIGHTHAVEN'S AMENDED MOTION FOR DEFAULT JEDGMENT, DAMAGES, ATTORNEY'S FEES AND COSTS, AND PERMANENT INJUNCTION AGAINST DEFENDANT BILL HYATT[DE17]** |

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that that I am an employee of Righthaven LLC and that on this 9th day of February, 2011, I caused the PLAINTIFF RIGHTHAVEN'S AMENDED MOTION FOR DEFAULT JEDGMENT, DAMAGES, ATTORNEY'S FEES AND COSTS, AND PERMANENT INJUNCTION AGAINST DEFENDANT BILL HYATT[DE17], attached hereto as Exhibit A, to be to be served by the Court's CM/ECF system, as well as deposited in a sealed envelope, a copy of in the United States Mail, with first-class postage affixed thereto, to the following persons:

Bill Hyatt
848 Luther Road
East Greenbush, NY  12061

By: /s/ Ryan Risselman
An Employee of *Righthaven LLC*
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900