SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BILL HYATT, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01736-KJD-RJJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RIGHTHAVEN'S AMENDED MOTION FOR DEFAULT JUDGMENT, DAMAGES, ATTORNEY'S FEES AND COSTS, AND PERMANENT INJUNCTION AGAINST DEFENDANT BILL HYATT** |

THE COURT, having considered Righthaven LLC ("Righthaven") Amended Motion for Default Judgment, Damages, Attorney's Fees and Costs, and Permanent Injunction Against Defendant Bill Hyatt (the "Motion," Doc. # 17), the Clerk of the Court's entry of default against Defendant Bill Hyatt ("Defendant"), the pleadings and documentation on file herein and good cause appearing **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.  Righthaven's Motion is GRANTED;

2.  Righthaven is entitled to and is awarded statutory damages against Defendant in the amount of $30,000.00 pursuant to 17 U.S.C. § 504(c)(2) for copyright infringement of the Work;

3.       Righthaven is entitled to an is awarded enhanced statutory damages against Defendant in the amount of $150,000.00 pursuant to 17 U.S.C. § 504(c)(2) based on a finding that Defendant's infringement of the Work was willful;

4.        Righthaven is entitled to and is awarded the recovery of attorneys' fees against Defendant in the amount of $ 1,500.00 and costs in the amount of $350.00 pursuant to 17 U.S.C. § 505;

5.       Righthaven is entitled to and is awarded pre-judgment interest against Defendant as permitted by law;

6.       Righthaven is entitled and is awarded post-judgment interest against Defendant as is permitted by law;

7.       Righthaven is entitled to and is it is hereby ordered that OnlineNIC, Inc., and any successor domain name registrar for the Internet domain found at <1ce.org> (the "Domain"), lock the Domain and transfer control of same to Righthaven; and

8.       Entry of an Order for Permanent Injunction pursuant to 17 U.S.C. § 502(a) as set forth herein.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant, his agents, servants, employees and attorneys and those in active concert or participation with Defendant or them are hereby permanently restrained and enjoined directly or indirectly infringing the Work by reproducing the Work, preparing derivative works based on the Work, distributing the Work to the public, and/or displaying the Work, or ordering, directing, participating in, or assisting in any such activity.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** _____