J. Malcolm DeVoy IV (Nevada Bar No. 11950)
Marc J. Randazza (Admitted *pro hac vice*)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
mjr@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662

Ronald D. Coleman  (Admitted *pro hac vice*)
rcoleman@goetzfitz.com
GOETZ FITZPATRICK LLP
1 Penn Plaza – Suite 4401
New York, NY  10119
Telephone: 212-695-8100
Facsimile: 212-629-4013

Attorneys for *Amicus Curiae*,
Media Bloggers Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BILL HYATT, an individual<br><br>Defendant. | Case No. 2:10-cv-01736-KJD-RJJ<br><br>***AMICUS* MEDIA BLOGGERS ASSOCIATION'S SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTION** |

***AMICUS* MEDIA BLOGGERS ASSOCIATION'S SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTION**

Amicus Curiae Media Bloggers Association (hereinafter, "*Amicus*") respectfully submits this Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motions in order to bring key evidence recently made part of the public record to the Court's attention. On April 15, 2011, Righthaven LLC's Strategic Alliance Agreement with Stephens Media LLC was unsealed in *Righthaven LLC v. Democratic Underground LLC*, Case No. 2:10-

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

cv-01356-RLG-GWF, Doc. # 79, pursuant to an order unsealing such evidence by the Court. *Democratic Underground*, Case No. 2:10-cv-01356-RLG-GWF, Doc. # 93.

The Strategic Alliance Agreement (hereinafter, the "Agreement") is attached hereto as Exhibit A. The Declaration of Laurence F. Pulgram in Support of Defendants' Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motions establishes Exhibit A to be a true and correct copy of Righthaven LLC's Strategic Alliance Agreement with Stephens Media LLC. *Democratic Underground*, Case No. 2:10-cv-01356-RLH-GWF, Doc. # 79-1 ¶¶ 6-8. The Agreement has also been submitted as evidence in *Righthaven LLC v. Vote for the Worst LLC*, 2:10-cv-1045, Doc. # 33-2 (D. Nev., filed Apr. 17, 2011), and *Righthaven LLC v. Hoehn*, 2:11-cv-00050, Doc. # 16-2 (D. Nev., filed Apr. 17, 2011).

As the material in Exhibit A was only recently unsealed, *Amicus* did not have an opportunity to include it in its initial briefing (Doc. # 29). Under such circumstances, courts – including this District – allow the producing party to put the newly revealed evidence on the record. *See U.S. v. Maris*, 2011 WL 468554, at *5 n.5 (D. Nev. Feb. 4, 2011) (granting leave to file supplemental materials after motions were filed and a hearing held on a motion for summary judgment); *Mitchel v. Holder*, 2010 WL 816761, at *1 n.1 (N.D. Cal. Mar. 9, 2010) (granting leave to file supplemental memorandum concerning newly obtained evidence); *Lumsden v. United States*, 2010 WL 2232946, at *1 (E.D. N.C. June 3, 3 2010) (granting a party leave to submit additional newly discovered evidence).

This Agreement goes to the heart of Righthaven LLC's relationship with Stephens Media LLC in obtaining the copyrights underlying the hundreds of lawsuits it has brought before this Court. This newly available evidence changes the lens through which the Court views *Amicus*' opening brief in this case (Doc. # 29), but it is most relevant in conjunction with pages and lines 2:15-25, 3:1-4:4, and 5:11-10:14. Given Exhibit A's considerable relevance and weight in this matter, *Amicus* brings it to this Court's attention with as little delay as possible in order to provide information that the Court will find informative and helpful in its adjudication.

| | |
|---|---|
| Dated April 19, 2011 | Respectfully Submitted,<br><br>RANDAZZA LEGAL GROUP<br><br>_____<br>Marc J. Randazza<br>J. Malcolm DeVoy IV<br><br>Co-Counsel:<br>Ronald D. Coleman<br>GOETZ FITZPATRICK LLP<br><br>Attorney for *Amicus Curiae,*<br>*Media Bloggers Association* |

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 19th day of April, 2011, I caused documents entitled:

***AMICUS* MEDIA BLOGGERS ASSOCIATION'S SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTION**

to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy