SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BILL HYATT, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01736-KJD-RJJ<br><br>**RIGHTHAVEN LLC'S MOTION TO STRIKE *AMICUS* MEDIA BLOGGERS ASSOCIATION'S SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTION OR, ALTERNATIVELY, APPLICATION FOR EXTENSION OF TIME OR CLARIFICATION OF RESPONSE DATE** |

Righthaven LLC ("Righthaven") hereby moves to strike the *Amicus* Media Bloggers Association's ("MBA") Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motion (the "Supplemental Brief", Doc. # 30). Alternatively, Righthaven requests an extension of time or, at a minimum, clarification of its response date to MBA's *Amicus Curiae* Brief (the "*Amicus* Brief") in view of their unilateral filing of the Supplemental Brief.

On April 14, 2011, the Court issued an Order granting MBA leave to file its *Amicus* Brief in this action. (Doc. # 28.) The Court's Order required Righthaven to file its response to MBA's *Amicus* Brief fourteen (14) days after its filing. (*Id.*) MBA thereafter filed its *Amicus* Brief at 8:55 p.m. on April 14, 2011. (Doc. # 29.) Righthaven appropriately calendared its response date for the *Amicus* Brief.

1

Leave of Court was required to file the *Amicus* Brief. (Doc. # 28.) In so permitting MBA to file its *Amicus* Brief, and in setting Righthaven's response to same, the Court did not authorize the filing of any supplemental briefing in this action. (*Id.*) Moreover, LR 7-2 in no way authorizes the filing of a supplemental brief as matter of course. Rather, consistent with MBA's required application to file the *Amicus* Brief, it is likewise required to seek the Court's permission to file any supplemental material in this matter. MBA failed to seek such authorization in connection with its Supplemental Brief. It simply filed it as a matter of course, which it is not permitted to do without obtaining an appropriate order. Accordingly, the Court should strike the Supplemental Brief as a fugitive filing.

Righthaven is certainly not afraid to address the issues raised in MBA's fugitive Supplemental Brief. In fact, it welcomes the opportunity to do so at the appropriate procedural juncture. This acknowledgement aside, the Court has set a deadline for Righthaven's response to MBA's *Amicus* Brief based upon its date of filing. (Doc. # 28.) Today, April 19th, MBA filed the Supplemental Brief. (Doc. # 30.) Thus, Righthaven maintains that the Supplemental Brief is a fugitive document that should be stricken from the record, or alternatively asks the Court to clarify its response date to the *Amicus* Brief and to the Supplemental Brief given this recent filing. If the Court permits the fugitive filing, Righthaven certainly wishes to address the allegations presented in MBA's Supplemental Brief. Accordingly, Righthaven asks the Court to enter appropriate relief in view of the foregoing.

Dated this 19th day of April, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

2

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 19th day of April, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*