SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>            Plaintiff,<br>v.<br><br>BILL HYATT, an individual,<br><br>            Defendant. | Case No.: 2:10-cv-01736-KJD-RJJ<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF RIGHTHAVEN LLC TO FILE ITS RESPONSE TO THE BRIEF OF *AMICUS CURIAE* MEDIA BLOGGERS ASSOCIATION**<br><br>**(FIRST REQUEST)** |

   IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and *Amicus Curiae* Media Bloggers Association ("MBA"), by and through its counsel of record, that Righthaven shall have up to and including Friday, May 6, 2010 to file its response to MBA's Opening Brief (Doc. # 29).  MBA shall have seven (7) days following Righthaven's filing to file a reply in response to Righthaven's responsive brief.  Defendant Bill Hyatt has not appeared in this action and default has been entered against him.  Accordingly, his approval of this stipulation and proposed order is not required.

   IT IS HEREBY FURTHER STIPULATED BETWEEN Righthaven and MBA, through their counsel, that MBA shall be permitted to file the Strategic Alliance Agreement, which has

previously been made part of the public record in another pending Righthaven action in this judicial district, as evidence in this action as it relates to the issue of damages.

This stipulation is sought in good faith and not for purposes of delay.

Dated this 28th day of April, 2011.

| RANDAZZA LEGAL GROUP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ J. Malcom DeVoy IV<br>J. Malcom DeVoy IV, Esq.<br>Nevada Bar No. 11950<br>jmd@Randazza.com<br>7001 W. Charleston Blvd., # 1043<br>Las Vegas, Nevada 89117 | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** May 5, 2011