J. Malcolm DeVoy IV (Nevada Bar No. 11950)
Marc J. Randazza (Admitted *pro hac vice*)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
mjr@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662

Ronald D. Coleman  (Admitted *pro hac vice*)
rcoleman@goetzfitz.com
GOETZ FITZPATRICK LLP
1 Penn Plaza – Suite 4401
New York, NY  10119
Telephone: 212-695-8100
Facsimile: 212-629-4013

Attorneys for *Amicus Curiae*,
Media Bloggers Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>       vs.<br><br>BILL HYATT, an individual<br><br>              Defendant. | Case No. 2:10-cv-01736-KJD-RJJ<br><br>***AMICUS CURIAE* MEDIA BLOGGERS ASSOCIATION'S WITHDRAWAL OF SUPPLEMENTAL MEMORANDUM** |

### *AMICUS CURIAE* MEDIA BLOGGERS ASSOCIATION'S WITHDRAWAL OF SUPPLEMENTAL MEMORANDUM

*Amicus Curiae* Media Bloggers Association hereby withdraws its Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motion, Doc. # 30. The filing of the parties' recent Stipulation, Doc. # 32, moots the need for this Supplemental Memorandum, and thus the Media Bloggers Association withdraws it from the Court's consideration.

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 1 -

1  Dated May 6, 2011

3  Respectfully Submitted,

RANDAZZA LEGAL GROUP

_____
Marc J. Randazza
J. Malcolm DeVoy IV

Co-Counsel:
Ronald D. Coleman
GOETZ FITZPATRICK LLP

Attorneys for *Amicus Curiae*,
*Media Bloggers Association*

Randazza Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 6th day of May, 2011, I caused the document(s) entitled:

- *AMICUS CURIAE* **MEDIA BLOGGERS ASSOCIATION'S WITHDRAWAL OF SUPPLEMENTAL MEMORANDUM**

to be served as follows:

[ ]  by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]  Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]  to be hand-delivered;

[ X ]  by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy
J. Malcolm DeVoy