UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN LLC, etc., ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1736-KJD--RJJ |
| ) | |
| vs. ) | |
| ) | |
| BILL HYATT, an individual, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on Righthaven LLC's Motion to Strike (#31).

The Court having reviewed the Motion (#31) and the docket herein, finds that the Supplement (#30) that is the subject of the Motion to Strike (#31) has been withdrawn by the filing party. *See*, Withdrawal of Motion (#34). Good cause appearing therefore,

IT IS HEREBY ORDERED that *Amicus Curiae* Media Bloggers Associations' Withdrawal of Supplemental Memorandum (#34) is **GRANTED**.

IT IS FURTHER ORDERED that Righthaven LLC's Motion to Strike (#31) is **DENIED AS MOOT**.

DATED this   21st   day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge